IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-03293-WJM

Kaori Keyser

Plaintiff,

v.

Terracon Consultants Inc.

Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

Please take notice that Grace Rhodehouse- Barberena, of the law firm Riley Law LLC, enters her appearance on behalf of Defendant Kaori Keyser. Ms. Rhodehouse- Barberena certifies that she is a member in good standing of the bar of this Court.

DATED at Loveland, Colorado this 12th day of September, 2023

Respectfully Submitted,

/s/Grace Rhodehouse- Barberena

1

        Grace Rhodehouse- Barberena
        NM#161657
        1748 Topaz Dr.
        Loveland, CO 80537
        Phone: (970) 573-6442
        kelli@rileylawllc.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 12th day of September, 2023, the foregoing Entry of Appearance was electronically filed with the Clerk of the court using the CM/ECR system which will send notification of such filing to the following email addresses:

Melisa H. Panagakos
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 892-0404
Facsimile: (303) 892-5575
Melisa.Panagakos@jacksonlewis.com

        /s/Miranda Grossaint
        Paralegal